

# Fourth Court of Appeals
## San Antonio, Texas

November 10, 2022

No. 04-22-00618-CV

**IN THE INTEREST OF J.M.E., C.J.V., T.A.W., R.A.C., AND S.S.H.**

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2021-PA-00277
Honorable Kimberly Burley, Judge Presiding

## O R D E R

This is an accelerated appeal of an order terminating the appellant's parental rights, which must be disposed of by this Court within 180 days of the date the notice of appeal is filed. TEX. R. JUD. ADMIN. 6.2. Appellant L.W. and Appellant C.V. have both filed motions for extension of time to file their respective briefs. Their motions are GRANTED. Their respective appellant's briefs are due on November 28, 2022.

Given the time constraints governing the disposition of this appeal, further requests for extensions of time will be disfavored.

Entered this 10th day of November, 2022.

**PER CURIAM**

ATTESTED TO: _____
Michael A. Cruz,
Clerk of Court